| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

June 21, 2019

MEMORANDUM TO PARTIES RE:    <u>William Scott Davis, Jr. v. Warden Timothy Stewart, et al.</u>
Civil Action No. GLR-18-1745

Dear Parties:

    Pending before the Court is Petitioner William Scott Davis, Jr.'s "Petition F.R.Civ.P. Rule 60(b)(3) & (4) & (6) Vacate Set Aside Void Judgment" (ECF No. 5), which the Court construes as a motion to alter or amend. The Motion is ripe for disposition, and no hearing is necessary. <u>See</u> Local Rule 105.6 (D.Md. 2018). Davis's Motion is nonsensical, including references to "fraudulent mischaracterization" of various judges along with a list of prison healthcare deficiencies. (Mot. at 1–2, ECF No. 5). The Court will, therefore, deny Davis's Motion for the reasons stated in the Court's August 1, 2018 Memorandum Opinion. (<u>See</u> ECF No. 3).

    For the foregoing reasons, Davis, Jr.'s "Petition F.R.Civ.P. Rule 60(b)(3) & (4) & (6) Vacate Set Aside Void Judgment" (ECF No. 5) is DENIED. Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly and mail a copy to Davis at his address of record.

    Very truly yours,

    /s/
_____
George L. Russell, III
United States District Judge